UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PROGRESSIVE PRODUCE CORPORATION, a corporation,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>R.F.T. FARM SALES, INC., etc., et al.,<br><br>　　　　　　　　Defendants.<br><br>AND INTERVENING ACTION. | Case No 8:14-cv-00969-AB (JCGx)<br><br>**[PROPOSED] FINAL JUDGMENT AGAINST DEFENDANTS R.F.T. FARM SALES, INC., R.F.T. FRESHSOURCE, INC., AND ROBERT F. THOMPSON** |

　　　　Having read and considered the Parties' Stipulation for Entry of Judgment Against Defendants R.F.T. FARM SALES, INC., a corporation, FRESHSOURCE, INC., a corporation, also trading as R.F.T. Freshsource, Inc., and Freshsource North, Inc., a corporation, also trading as R.F.T. Freshsource North, Inc. and ROBERT F. THOMPSON, an individual, and all other pleadings and exhibits already on file with this court, and good cause appearing therefor,

JUDGMENT IS HEREBY ENTERED in favor of Intervening Plaintiff GIUMARRA BROS. FRUIT CO., INC. and against Defendants R.F.T. FARM SALES, INC., FRESHSOURCE, INC., also trading as R.F.T. FRESHSOURCE, INC., FRESHSOURCE NORTH, INC., also trading as R.F.T. FRESHSOURCE NORTH, INC. and ROBERT F. THOMPSON, individually, jointly and severally, in the total amount of $3,851.55, all of which qualifies for trust protection under the trust provisions of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq*.].

Intervening Plaintiff is further entitled to recover post-judgment interest pursuant to 28 U.S.C. §1961 at the prevailing federal statutory interest rate from the date of this judgment until paid in full, for which sums let execution issue there being no just reason for delay.

The Clerk shall enter judgment forthwith.

DATED: October 30, 2014

_____
HON. ANDRÉ BIROTTE JR.
United States District Court Judge